UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 12-582-JST (RNBx)                                  Date:  June 1, 2012
Title:  Danielle Mann v. Assurant Health, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|  Ellen Matheson  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                         Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

   This action was filed in this Court on April 17, 2012.  However, it appears that the Court may lack subject matter jurisdiction.  Jurisdiction has been asserted on the basis of diversity pursuant to 28 U.S.C. § 1332.  Because the Defendants are corporations, the Complaint must allege both the state of incorporation and the principal place of business for each Defendant in order to establish diversity jurisdiction.  28 U.S.C. § 1332(c).  The Complaint fails to allege the principal place of business for any Defendant.

   Accordingly, the Court orders Plaintiff to show cause in writing no later than **June 14, 2012**, why this action should not be dismissed without prejudice for lack of subject matter jurisdiction.  If Plaintiff requires additional discovery to establish the citizenship of one or more Defendants, Plaintiff may request additional time to engage in jurisdictional discovery, provided that such a request is made on or before the above deadline.  Failure to respond by the above date will result in the Court dismissing this action.

   The Court further orders that Plaintiff shall promptly serve this minute order on any Defendant who has been served with the Complaint, or who is served before the date specified above.

                                                                                 Initials of Preparer:  enm